ORIGINAL

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii

MICHAEL F. ALBANESE
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.,
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Email: Michael.albanese@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 20 2017
at 11 o'clock and 40 min. A M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 17-0389 RLP |
| Plaintiff, ) | CRIMINAL COMPLAINT |
| vs. ) | |
| Amanda BREMER ) | |
| Defendants. ) | |

### CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about April 19, 2016, in the District of Hawaii, Amanda BREMER did knowingly and intentionally attempt to possess, with intent to distribute, 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21,

United States Code, Sections 841(a)(1), 846 and 841(b)(1)(A).

I further state that I am a Task Force Officer of the Drug Enforcement Administration and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint", which is incorporated herein by reference.

DATED: HONOLULU, HAWAII: April 20, 2017.

_____
Kyle Echiberi
Task Force Officer, DEA

Sworn to and subscribed in my presence, this
20th day of April, 2017:

_____
RICHARD L. PUGLISI
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Kyle Echiberi, after being duly sworn, deposes and says as follows:

1. I am a Honolulu Police Department (HPD) Officer and I am currently assigned to the Hawaii Airport Drug Task Force (HATF), at the Honolulu International Airport, HI. In this capacity, I am also federally cross-designated as a DEA task force officer. I have been involved in numerous drug investigations, several of which were airport-related drug investigations involving the smuggling of drugs through airports and commercial mail/parcel carriers. As a result of my experience and training, I am familiar with the common practices utilized by drug traffickers to smuggle drugs and money through airports and commercial mail/parcel carriers.

2. During this time, I have become knowledgeable with the enforcement of State and Federal laws pertaining to narcotics and dangerous drugs. Based on this experience, I have become well versed in the methodology utilized in narcotics trafficking operations, the specific types of language used by narcotic traffickers, the unique trafficking patterns employed by narcotics organizations and their patterns of drug abuse.

3. On April 7, 2017, a "parcel watch" was placed on Amanda Bremer, P.O. Box 3413, Lihue, HI 96766, pursuant to an ongoing investigation.

4. On April 17, 2017, United States Postal Inspector Brian Shaughnessy was notified that two subject envelopes (hereafter

referred to as "Subject Parcel #1" and "Subject Parcel #2") had arrived for delivery to the Lihue Post Office addressed to Amanda Bremer, P.O. Box 3413, Lihue, HI 96766. According to postal records, this P.O. Box was rented to Amanda Bremer in January 2017.

5.  On April 18, 2017, United State Postal Inspector Brian Shaughnessy applied for, was granted and executed a search warrant for Subject Parcel #1 and Subject Parcel #2.

6.  Found in Subject Parcel #1 was a small amount of a substance field tested positive for the presence of heroin. Subject Parcel #2 contained approximately 240 grams of a white crystalline substance which field tested positive for the presence of methamphetamine.

7.  On April 19, 2016, an Honorable U.S. Magistrate Judge Richard L. Puglisi of the District of Hawaii signed a Warrant for the Installation and Monitoring of a Beeper and Tracking Device for Subject Parcel #2.

8. On April 19, 2017, a controlled delivery operation was conducted at the Lihue Post Office, for Subject Parcel #2.

9.  At approximately 1:15 pm, a female later identified as Amanda Bremer walked into the Lihue Post Office and retrieved Subject Parcel #2. Amanda Bremer exited the post office and entered a white Toyota 4 Runner bearing Hawaii State license

plates KSM 162. The 4Runner drove a short distance from the post office and pulled over to the side of the road. Shortly thereafter, a rapid tone was emitted by beeper indicating the subject envelope had been opened.

10. Officers attempted to make contact with the vehicle, however the 4Runner fled in a dangerous manner and officers lost contact with the vehicle.

11. Subject Parcel #2 was discovered on the side of the road, approximately 500 feet from where the initial contact was attempted. The vehicle was later found fronting Kalapaki Joe's at the Kukui Grove parking lot, unoccupied.

12. At approximately 3:15 p.m., Amanda Bremer was observed in the Long's Drugs parking lot and placed under arrest then was transported to the Lihue Police Station.

13. During a post-mirandized statement, Bremer stated that she knew there was approximately a half-pound amount of methamphetamine contained in Subject Parcel #2, and that the subject envelope was intended for another individual.

14. Based upon my experience and training, the possession of this quantity of methamphetamine and the manner in which it was packaged is not consistent with personal use but rather is consistent with distribution.

15. Methamphetamine is a Schedule II controlled substance.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Kyle Echiberi
Task Force Officer, DEA

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at __1130__ am/pm on April __20__, 2017.

Subscribed and Sworn to Before Me
this __20__ Day of April 2017.

_____
RICHARD L. PUGLISI
United States Magistrate Judge